LAW OFFICES

# CARMAN, CALLAHAN & INGHAM, LLP

266 MAIN STREET
FARMINGDALE, NEW YORK 11735

TEL: (516) 249-3450    FAX: (516) 843-6390

Writer's Direct Dial (516) 370-5522
www.carmancallahan.com

MICHAEL F. INGHAM*
GREGORY W. CARMAN, JR.
JAMES M. CARMAN ▲
PETER F. BREHENY
STEPHANIE L. BODEN
PAUL A. BARRETT
WILLIS B. CARMAN
TRACY S. REIFER
JAMI C. AMARASINGHE◻
HOWARD J. KAPLAN◻

MICHAEL M. BURKART
◻LAUREN M. MAZZARA
ANNE P. O'BRIEN
JONATHAN D. SILVERSTEIN
◻ARI N. RUBEL
JOHN P. CAPITANI
AYANNAH J. CASIMIR
APOSTOLOS M PLOKAMAKIS
TABITHA BURNETT
MARYSA LINARES

HON. WILLIS B. CARMAN, SR.
FIRM'S FOUNDER (1928-1985)

* ALSO ADMITTED IN FL
▲ ALSO ADMITTED IN PA
◻ ALSO ADMITTED IN NJ

January 30, 2020

**Filed by ECF**
Hon. Vernon S. Broderick
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 1/31/2020
>
> The post discovery status conference scheduled for January 31, 2020 is hereby adjourned to April 2, 2020 at 11:00 a.m.

Re:     Quirindongo v. Lara & DKA
        USDC-SDNY: CV 19 3910

Honorable Judge Broderick:

Our office represents the Defendants Yefry Moreta-Lara and DKA Logistics in connection with the above referenced matter.

As the Court is aware, all discovery, all discovery was to be completed by January 15, 2020. However, due to scheduling issues, the parties have not been able to complete the physical examination of the Plaintiff, which is currently scheduled for February 7, 2020.

I write this letter to respectfully request a sixty (60) day extension to complete additional expert discovery, including deposition of any experts.

The retention of this expert is critical to the defense of this claim. Accordingly, Defendant requests the deadline to complete all discovery be extended to March 30, 2020.

I have spoken with counsel for the Plaintiff, Michael Huguenot, who has agreed to this adjournment.

Thank you in advance.

Very truly yours,
Carman, Callahan & Ingham, LLP

Tracy S. Reifer
(TSR 8927)

TSR/js

cc:    Via Fax-718-654-1374
       Vozza & Huguenot, Esqs.