UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
        :
CRYSTAL QUIRINDONGO,        :
        :
        Plaintiff,    :
        :    19-cv-3910 (VSB)
    -against-    :
        :    **ORDER**
YEFRY MORETA-LARA, DKA        :
LOGISTICS,        :
        :
        Defendants.    :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    In light of the ongoing national health crisis surrounding COVID-19 it is hereby:

    ORDERED that the post-discovery conference scheduled for April 2, 2020, is adjourned *sin die*. The parties are directed to file a joint letter indicating whether any discovery remains to be completed, and whether there are any outstanding discovery disputes between the parties. If no issues remain, the parties are directed to file a proposed briefing schedule for summary judgment motions, if either party intends to make such a motion, or proposed trial dates.

SO ORDERED.

Dated: March 23, 2020
       New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge